**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re the Application of

ALBERTO EUGENIO FONT PAULUS,            CIVIL ACTION NO. 3:12-cv-986

      Petitioner
      for P.F.V.,                                        (JUDGE CAPUTO)

           v.

ANA VIRGINIA VITTINI CORDERO,

      Respondent.

<u>ORDER</u>

**NOW**, this 29th day of June, 2012, **IT IS HEREBY ORDERED** that Alberto Eugenio Font Paulus's Verified Petition for Return of Child to Petitioner under the Hague Convention is **GRANTED**.  It is **FURTHER ORDERED** that:

    1.    Minor child P.F.V. shall be returned in the company of the Petitioner to the Dominican Republic within ten (10) days of this order;

    2.    The United States Marshal is directed to return the Respondent's passport to the Respondent and minor child P.F.V.'s passport to the Petitioner; and

    3.    The Petitioner shall submit its application for attorneys' fees under 42 U.S.C. § 11607 with a legal memorandum within fourteen (14) days of this Order.  The Respondent shall then have fourteen (14) days to file a brief in opposition.

                                  /s/ A. Richard Caputo
                                A. Richard Caputo
                                United States District Judge