**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re the Application of | |
| ALBERTO EUGENIO FONT PAULUS, | CIVIL ACTION NO. 3:12-CV-986 |
| Petitioner for P.F.V., | (JUDGE CAPUTO) |
| v. | |
| ANA VIRGINIA VITTINI CORDERO, | |
| Respondent. | |

### ORDER

**NOW**, this 31st day of January, 2013, **IT IS HEREBY ORDERED** that Petitioner Alberto Eugenio Font Paulus's Motion for an Award of Attorneys' Fees and Costs for Return of Child Pursuant to Convention Article 23 and 42 U.S.C. § 16607 (Doc. 30) is **GRANTED**. Respondent Anna Virginia Vittini Cordero is **ORDERED** to:

(1) Pay Paige F. Macdonald-Matthes, Esq. $16,380.00 in attorney's fees.

(2) Pay Vanessa Nadal, Esq. $8,910.00 in attorney's fees.

(3) Pay Tracy Schaffer, Esq. $11,700 in attorney's fees.

(4) Pay Jones Day $5,547.07 in necessary expenses incurred on behalf of Petitioner Alberto Eugenio Font Paulus in this matter.

(5) Pay Petitioner Alberto Eugenio Font Paulus $1,582.40 for necessary expenses incurred in this matter.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge